**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| **KENDALL MELTON and LISA MELTON,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **H&S HOMES, LLC,** ) <br> **21ˢᵗ MORTGAGE CORPORATION, and** ) <br> **OHIO CASUALTY INSURANCE COMPANY,** ) <br> ) <br> **Defendants.** ) | No. 3:06-CV-340 <br> (Phillips) |

## ORDER

This matter is before the court on defendant H&S Homes, LLC's motion to compel arbitration and motion for stay of litigation pending conclusion of arbitration [Doc.5]. No opposition has been received to the motion. Accordingly, for the good cause stated, the motion is **GRANTED.**

**IT IS ORDERED** that this case shall be submitted to arbitration in accordance with the parties' contract. The parties shall notify the court within thirty (30) days from the date of this order the date and place for the arbitration. Upon the conclusion of the arbitration, the parties shall immediately notify the court whether all matters have been settled, or the case needs to be placed back on the court's docket.

It is **FURTHER ORDERED** that this case shall be stayed pending conclusion of arbitration.

**ENTER:**

      s/ Thomas W. Phillips
United States District Judge